**Romell WHITTAKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77298.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 1, 2000.

Raymun Jared Capelovitch, Public Defender, St. Louis, for appellant.

John Munson Morris III, Atty. Gen., Jefferson City, for respondent.

Before MOONEY, P.J., SIMON, J. and SULLIVAN, J.

### ORDER

PER CURIAM.

Romell Whittaker (Movant) appeals from the judgment of the circuit court denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of

the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).